**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 25-3386

**Case Name** Quinonez v. United States

Hearing Location (*city*) San Francisco

Your Name Brad Hinshelwood

List the sitting dates for the two sitting months you were asked to review:

October 19-23, October 26-30, November 16-20

Do you have an irreconcilable conflict on any of the above dates? (●) Yes ( ) No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

October 26-30: I am based at U.S. Department of Justice headquarters in Washington, DC. During the week of October 26, my wife will be traveling out of the country for work, so I will have sole responsibility for our young children, and will be unavailable to travel to San Francisco for oral argument.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

( ) Yes (●) No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ Brad Hinshelwood **Date** 6/26/26

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*